```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 18-01253-RNO
Michael T. Bianchi                                                    Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling           Page 1 of 1           Date Rcvd: May 09, 2018
                              Form ID: ntcnfhrg         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db             +Michael T. Bianchi,    224 Castle Drive,    East Stroudsburg, PA 18302-6847
5040798         Alex M. Mercado, MD c/o IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
5040800        +Garden Savings FCU,    23 Prospect St,    Dover, NJ 07801-4514
5040805       ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA 19612-6001)
5058955        +Met Ed/FirstEnergy,    101 Crawford's Corner Rd Bldg 1,    Suite 1-511,    Holmdel NJ 07733-1976
5040804        +Met-Ed,   PO Box 3687,    Akron, OH 44309-3687
5040807        +Robert W. WIlliams, Esq.,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5040799        +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 09 2018 19:18:06
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor,    Miami, FL 33146-1837
5040801        +E-mail/Text: cio.bncmail@irs.gov May 09 2018 19:17:23      Internal Revenue Service Centralize,
                Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114-0326
5040803         E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M&T Bank,   PO Box 1288,
                Buffalo, NY 14240
5040802         E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M&T Bank,   PO Box 62182,
                Baltimore, MD 21264
5049177         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 19:17:36
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5040806        +E-mail/Text: bankruptcypgl@plaingreenloans.com May 09 2018 19:18:07      Plain Green, LLC,
                93 Mack Road, Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Erik Mark Helbing    on behalf of Debtor 1 Michael T. Bianchi Erik_Helbing_Esq@yahoo.com
              James Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael T. Bianchi
Debtor(s)

Chapter 13

Case No. 5:18−bk−01253−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2018 |