```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                    Case No. 18-01253-RNO
Michael T. Bianchi                                                        Chapter 13
       Debtor                            CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 1          Date Rcvd: Jun 14, 2018
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5040806        +E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 14 2018 18:53:29      Plain Green, LLC,
                 93 Mack Road, Suite 600,   PO Box 270,   Box Elder, MT 59521-0270
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Erik Mark Helbing   on behalf of Debtor 1 Michael T. Bianchi Erik_Helbing_Esq@yahoo.com
              James  Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: MICHAEL BIANCHI | : | | |
| Debtor | : | No. | 5-18-bk-1253 |
| | : | | |
| MICHAEL BIANCHI | : | | |
| Objector | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| PLAIN GREEN, LLC | : | | |
| Claimant | : | | |

ORDER SUSTAINING THE DEBTORS' OBJECTION TO CLAIMANT'S PROOF OF CLAIM (CLAIM No. 2)

AND NOW, after consideration of the Debtors'/Objectors' Objection to Proof of Claim No. 2 filed by the Plain Green, LLC, ("Claimant"), on or about May 10, 2018. The Court finds that the objection to claim contains proof sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that Debtors/Objectors provided notice to the Claimant utilizing the appropriate Local Form, which contained the necessary language instructing the Claimant how to respond to the Objection. Due to the failure of the Claimant to file a timely written response to the objection, the court deems the Debtors' claim objection to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Debtors' Objection to Proof of Claim failed by Claimant is SUSTAINED and that Claim No. 2 filed by Plain Green, LLC, is hereby disallowed.

Dated: June 14, 2018

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)