Certificate Number: 05781-PAM-DE-032900456

Bankruptcy Case Number: 18-01253


05781-PAM-DE-032900456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2019, at 12:06 o'clock PM PDT, Michael Bianchi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 31, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President