```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01253-RNO
Michael T. Bianchi                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 06, 2020
                              Form ID: ordsmiss        Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db            +Michael T. Bianchi,    224 Castle Drive,    East Stroudsburg, PA 18302-6847
5069891        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
5040800       +Garden Savings FCU,    23 Prospect St,    Dover, NJ 07801-4514
5040805      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court:  Met-Ed,    PO Box 16001,    Reading, PA 19612-6001)
5058955       +Met Ed/FirstEnergy,    101 Crawford's Corner Rd Bldg 1,    Suite 1-511,    Holmdel NJ 07733-1976
5040804       +Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
5040807       +Robert W. WIlliams, Esq.,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5040798        EDI: IIC9.COM Feb 07 2020 00:38:00      Alex M. Mercado, MD c/o IC Systems,    PO Box 64378,
                Saint Paul, MN 55164-0378
5138633       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2020 19:39:44
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd.,    5th Floor,    Coral Gables, FL 33146,
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd. 33146-1837
5138632       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2020 19:39:44
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
                Coral Gables, FL 33146-1837
5040799       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2020 19:39:44
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor,    Miami, FL 33146-1837
5040801       +EDI: IRS.COM Feb 07 2020 00:38:00      Internal Revenue Service Centralize,
                Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114-0326
5069217        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 19:53:43
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5040803        E-mail/Text: camanagement@mtb.com Feb 06 2020 19:39:35      M&T Bank,    PO Box 1288,
                Buffalo, NY 14240
5040802        E-mail/Text: camanagement@mtb.com Feb 06 2020 19:39:35      M&T Bank,    PO Box 62182,
                Baltimore, MD 21264
5049177        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 19:39:37
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5040806       +E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 06 2020 19:39:44       Plain Green, LLC,
                93 Mack Road, Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Erik Mark Helbing    on behalf of Debtor 1 Michael T. Bianchi ehelbing@helbingconsumerlaw.com,
               bk@helbingconsumerlaw.com
              James  Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael T. Bianchi,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18–bk–01253–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 6, 2020

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

ordsmiss (05/18)